No. 83–1368.   NORTHWEST WHOLESALE STATIONERS, INC. *v.* PACIFIC STATIONERY & PRINTING CO.   C. A. 9th Cir.   [Certio-

rari granted, *ante*, p. 814.] Motion of Indian Head Inc. for leave to file a brief as *amicus curiae* granted.